**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)

# UNITED STATES BANKRUPTCY COURT     Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on September 29, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) and address):
Peach Entertainment Network
15115 Califa
#C
Van Nuys, CA 91411

**Case Number:**
**1:09–bk–22768–MT**

| All other names used by the Debtor(s) in the last 8 years (include trade names): Debtor: aka Red Dragon Releasing, aka Late Night, aka Red Static, dba Peach DVD, dba Peach DVD.Com, ... Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN: Dbt EIN/Tax I.D.: 26–0054102 |
|---|---|
| Attorney for Debtor(s) (name and address): Simon Aron Wolf, Rifkin, Shapiro & Schulman LLP 11400 W Olympic Blvd 9th Fl Los Angeles, CA 90064–1565 Telephone number: 310–478–4100 | Bankruptcy Trustee (name and address): Nancy J Zamora 444 S. Flower Street, Suite 1550 Los Angeles, CA 90071 Telephone number: (213) 892–0254 |

## Meeting of Creditors:

Date: **November 5, 2009**      Time: **10:00 AM**
Location: **21051 Warner Center Lane, #105, Woodland Hills,, CA 91367**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstanes, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** 21041 Burbank Blvd, Woodland Hills, CA 91367–6603 Telephone number: 818–587–2900 | **For the Court:** Clerk of the Bankruptcy Court: Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 AM – 4:00 PM | Date: September 30, 2009 |
| **(Form rev. 12/07:341–B9B)** | / |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367. |

**–– Refer to Other Side for Important Deadlines and Notices ––**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: lmarshall            Page 1 of 2              Date Rcvd: Sep 30, 2009
Case: 09-22768                Form ID: b9b               Total Noticed: 45
```

The following entities were noticed by first class mail on Oct 02, 2009.
```
db          +Peach Entertainment Network,   15115 Califa,   #C,   Van Nuys, CA 91411-3012
aty         +Simon Aron,   Wolf, Rifkin, Shapiro & Schulman LLP,   11400 W Olympic Blvd 9th Fl,
              Los Angeles, CA 90064-1550
tr          +Nancy J Zamora,   444 S. Flower Street, Suite 1550,   Los Angeles, CA 90071-2916
smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P. O. Box 826880,
              Sacramento, CA  94280-0001
smg          Los Angeles City Clerk,   P. O. Box 53200,   Los Angeles, CA  90053-0200
smg          Ventura County Tax Collector,   Attn: Bankruptcy,   800 South Victoria Ave,
              Ventura, CA  93009-1290
ust         +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
24723743    +ADT Security Systems,   14200 E. Exposition Avenue,   Aurora, CO 80012-2540
24723746     AT&T,   PO Box 78522,   Phoenix, AZ  85062-8522
24723745    +Arrowhead,   P.O. BOX 856158,   Louisville, KY 40285-6158
24723747    +Barry Serota & Associates,   P.O. BOX 1008,   Arlington Height, IL 60006-1008
24723748    +Beneficial Administration Co,   P.O. BOX 3100,   Newport Beach, CA 92658-9027
24723749    +Bernice Coleman,   18808 Paseo Nuevo Drive,   Tarzana, CA 91356-5222
24723750    +Better Pak,   7872 Deering Avenue,   Canoga Park, CA 91304-5005
24723751     Blitzen Networks,   1771 J Avinida Da Los Arboles,   #181,   Thousand Oaks, CA  91362
24723752    +Blue Shield of California,   P.O. BOX 3008,   Lodi, CA 95241-1912
24723753    +CAV Distributing Corp,   253 Utah Ave,   South San Franci, CA 94080-6802
24723754    +Chase Messengers, LLC,   9731 Canoga Avenue,   Chatsworth, CA 91311-4117
24723755    +Cogent Communications,   1015 31st Street, NW,   Washington, DC 20007-4406
24723756    +Crown Disposal Co., Inc,   P.O. BOX 1081,   Sun Valley, CA 91353-1081
24723757    +David James,   3756 Windford Drive,   Tarzana, CA 91356-5811
24723758    +Dimension DVD, Inc,   9410 Topanga Canyon Blvd,   Chatsworth, CA 91311-5758
24723759    +Dorothy Markoff,   16054 Calle Hermosa,   Santa Clarita, CA 91390-1055
24723760    +EDI Express,   P.O. BOX 2149,   Gardena, CA 90247-0149
24723761    +Fedex,   P.O. BOX 7221,   Pasadena, CA 91109-7321
24723762     Franchise Tax Board,   PO Box,   Sacramento, CA  95857
24723763    +Ingram Entertainment,   Two Ingram Blvd,   La Vergne, TN 37086-3638
24723765    +Jennasis Entertainment,   12722 Riverside Drive,   #204,   Valley Village, CA 91607-3362
24723766    +Kenneth I. Meyer. CPA,   21031 Ventura Blvd,   #330,   Woodland Hills, CA 91364-6504
24723767    +L&M Optical Disc West,   12711 Ventura Blvd,   Suite 170,   Studio City, CA 91604-2432
24723768     L.A. Department Water & Power,   P.O. BOX 30808,   Los Angeles, CA  90030-0808
24723769    +Los Angeles Times,   P.O. BOX 79151,   Phoenix, AZ 85062-9151
24723770    +Martin E-Z Stick Labels,   12921 Sunnyside Place,   Santa Fe Springs, CA 90670-4645
24723771    +Opus 1 Music,   12711 Ventura Blvd, Suite 170,   Studio City, CA 91604-2432
24723772    +Orbitland Interactive,   14255 Califa Street,   Van Nuys, CA 91401-3613
24723773    +Orkin Pest Control,   12710 Magnolia Blvd,   Riverside, CA 92503-4620
24723774    +Perma Guard Security Systems,   P.O. BOX 55065,   Valencia, CA 91385-0065
24723775    +SG Group,   P.O. BOX 661813,   Arcadia, CA 91066-1813
24723776    +SL Digital Inc,   971 Goodrich Blvd,   Los Angeles, CA 90022-4115
24723778    +United Parcel Service,   P.O. BOX 894820,   Los Angeles, CA 90189-4820
```

The following entities were noticed by electronic transmission on Oct 01, 2009.
```
tr          +EDI: QNJZAMORA.COM Sep 30 2009 21:23:00      Nancy J Zamora,   444 S. Flower Street, Suite 1550,
              Los Angeles, CA 90071-2916
smg          EDI: CALTAX.COM Sep 30 2009 21:23:00      Franchise Tax Board,   ATTN: Bankruptcy,
              P. O. Box 2952,   Sacramento, CA  95812-2952
24723744     EDI: AMEREXPR.COM Sep 30 2009 21:23:00      American Express Centurion,
              2965 West Corporate Lakes Blvd,   Fort Lauderdale, FL  33331-3626
24723764     EDI: IRS.COM Sep 30 2009 21:23:00      Internal Revenue Service,   Fresno, CA  93888-0015
24723777     E-mail/Text: SCIF.LEGAL.BK@SCIF.COM                            State Compensation Ins Fund,
              P.O. BOX 9102,   Pleasanton, CA  94566-9102
24723779    +EDI: AFNIVZWIRE.COM Sep 30 2009 21:23:00      Verizon Wireless,   P.O. BOX 9622,
              Mission Hills, CA 91346-9622
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2009**                                   **Signature:**  *Joseph Speetjens*