NANCY HOFFMEIER ZAMORA, ESQ., TRUSTEE
633 WEST 5TH STREET, SUITE 2600
LOS ANGELES, CA  90071
(213) 488-9411
Zamora3@aol.com

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT
### SAN FERNANDO VALLEY DIVISION

| In re: | ) | CASE NO.: 1:09-22768-MT |
|---|---|---|
|  | ) | Chapter 7 |
|  | ) |  |
| PEACH ENTERTAINMENT NETWORK, | ) | NOTIFICATION OF ASSET CASE |
|  | ) |  |
| Debtor. | ) |  |

TO: MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

NANCY HOFFMEIER ZAMORA, ESQ., the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

DATED: November 3, 2009

_____
NANCY HOFFMEIER ZAMORA, ESQ.,
CHAPTER 7 TRUSTEE

