# United States Bankruptcy Court
# Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**

 Peach Entertainment Network
**SSN:** N/A
**EIN:** 26–0054102
aka Red Dragon Releasing, aka Late Night, aka
Red Static, dba Peach DVD, dba Peach
DVD.Com, ...

15115 Califa
#C
Van Nuys, CA 91411

**BANKRUPTCY NO.**  1:09–bk–22768–MT
**CHAPTER**  7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim on or before February 8, 2010.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: November 4, 2009

For The Court,

**Jon D. Ceretto**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN–10

**4 – 2 / NZ**