**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Proposed Attorneys for Chapter 7 Trustee
Nancy Hoffmeier Zamora

FILED & ENTERED

JAN 21 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-22768-MT |
| PEACH ENTERTAINMENT NETWORK, | Chapter 7 Case |
| Debtor. | **ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP)** |
| | **[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1) and 9013-1(o)]** |

Based upon the application (the "Application") of Nancy Hoffmeier Zamora, the duly appointed and acting chapter 7 trustee (the "Trustee") in the above-captioned case, to employ the law firm of Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm") as her counsel, and it appearing to the Court that the Firm does not hold or represent an interest adverse to the estate in the matters upon which it is to be engaged; that its employment is in the best interest of the estate; that the case is one justifying the Firm's employment, and good cause appearing therefor,

**IT IS ORDERED** that the Application is approved and the Trustee is authorized to employ Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP as her counsel effective November 2, 2009, with compensation to be determined and paid as an expense of the

1  estate upon noticed hearing and further order of the Court, pursuant to 11 U.S.C. §§ 330
2  or 331.
3  ###

*[signature: Maureen A. Tighe]*

DATED: January 21, 2010

United States Bankruptcy Judge

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 -966 -1000  Fax 714 -966 -1002

CBM\EMPAPPS\ZAM01-59.ORD.DOC        2        ORDER

| In re: | CHAPTER: **7 Case** |
|---|---|
| **PEACH ENTERTAINMENT NETWORK** Debtor(s). | CASE NUMBER: **09-22768 MT** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 14, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **January 14, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 14, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Maureen Tighe, 21041 Burbank Boulevard, Woodland Hills, CA  91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 14, 2010 | Kelly M. Rivera | /s/ *Kelly M. Rivera* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                **F 9013-3.1**
0.0

| In re: **PEACH ENTERTAINMENT NETWORK** Debtor(s). | CHAPTER: **7 Case** <br> CASE NUMBER: **09-22768 MT** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**BY U.S. MAIL**
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

Peach Entertainment Network
15115 Califa #C
Van Nuys, CA 91411-3012
**Debtor**

Simon Aron, Esq.
Wolf Rifkin Shapiro
Schulman Rabkin LLP
11400 W Olympic Blvd 9th Floor
Los Angeles, CA 90064-1582
**Debtor's Counsel**

Nancy Hoffmeier Zamora
633 West 5th Street, Suite 2600
Los Angeles, CA 90071
**Chapter 7 Trustee**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
0.0

**F 9013-3.1**

| In re: | CHAPTER: **7 Case** |
|---|---|
| **PEACH ENTERTAINMENT NETWORK** Debtor(s). | CASE NUMBER: **09-22768 MT** |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 14, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Peach Entertainment Network
15115 Califa #C
Van Nuys, CA 91411-3012
**Debtor**

Simon Aron, Esq.
Wolf Rifkin Shapiro
Schulman Rabkin LLP
11400 W Olympic Blvd 9th Floor
Los Angeles, CA 90064-1582
**Debtor's Counsel**

☐ Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☑ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                      **F 9021-1.1**
0.0

| In re: | | CHAPTER: **7 Case** |
|---|---|---|
| **PEACH ENTERTAINMENT NETWORK** Debtor(s). | | CASE NUMBER: **09-22768 MT** |

### SERVICE LIST FOR ENTERED ORDER

**BY NOTICE OF ELECTRONIC FILING ("NEF")**

Simon Aron    saron@wrslawyers.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Nancy J Zamora    zamora3@aol.com, nzamora@ecf.epiqsystems.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

0.0

**F 9021-1.1**