| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP<br>Lei Lei Wang Ekvall, State Bar No. 163047<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Attorneys for Nancy Hoffmeier Zamora, Chapter 7 Trustee<br>Tel: (714) 966-1000          Fax: (714) 966-1002 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: PEACH ENTERTAINMENT NETWORK, a California corporation,<br><br><br>Debtor(s). | CASE NO.:<br><br>1:09-bk-22768-MT |
|---|---|

## AMENDED NOTICE OF SALE OF ESTATE PROPERTY

| Sale Date: March 19, 2010 **(RESCHEDULED BID DATE)** | Time: 10:00 a.m. PDT, subject to change on three days' notice |
|---|---|
| Location: Bidding by telephonic conference | |

Type of Sale:    [ ] Public    [x] Private    Last date to file objections: March 12, 2010

Description of Property to be Sold: Approximately 200 video masters (a complete copy of the list of the video masters will be provided upon request), including all rights, licenses, and other contracts related to the masters, all rights to the name "Peach Entertainment," and certain items of furniture and equipment.

Terms and Conditions of Sale: As is, where is, with all faults and with no representations or warranties by the Trustee or her agents. The sale is free and clear of liens and interests pursuant to 11 U.S.C. section 363(f) and subject to bankruptcy court approval.

Proposed Sale Price: $13,000.00

Overbid Procedure (If Any): See attached for overbid procedure.

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

        Lei Lei Wang Ekvall, Esq.
        WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
        650 Town Center Drive, Suite 950
        Costa Mesa, California 92626
        lekvall@wgllp.com  Tel: (714) 966-1000  Fax: (714) 966-1002

Date: March 11, 2010

## PROPOSED OVERBID PROCEDURE

The Trustee proposes the following procedure to allow for overbids prior to the Court's approval of the sale of the Assets to ensure that the estate's interest in the Assets is sold for the best possible price:

A. Qualifying bidders ("Qualifying Bidder") shall:

    1. Submit an initial bid in an amount not less than $16,000.00;

    2. Be financially qualified, in the Trustee's exercise of her sound business judgment, to timely close the sale;

    3. Submit a cash deposit of $16,000.00 ("the Overbid Deposit") payable to "Nancy Hoffmeier Zamora, Chapter 7 Trustee" in the form of a cashier's check or wire transfer, which Overbid Deposit shall be non-refundable if the bid is deemed to be the Successful Bid, as defined in paragraph 7 below.

    4. Bidding shall take place by telephone conference on March 16, 2010, at 1:00 p.m. PDT, or at such other date and time designated by the Trustee so long as interested parties receive no less than three days' notice of the conference.  The Overbid Deposit and evidence of financial qualification must be delivered to the Trustee's counsel at least 48 hours before the date set for the bidding process.  The telephone conference call-in information shall only be provided to the Buyer and Qualifying Bidders.

    5. Only the Buyer and any party who is deemed a Qualifying Bidder shall be entitled to bid.

    6. Any incremental bid in the bidding process shall be at least $500.00 higher than the prior bid.

    7. Upon conclusion of the bidding process, the Trustee shall decide which of the bids is the best bid, and such bid shall be deemed to be the "Successful Bid."  The bidder who is accepted by the Trustee as the successful bidder ("the Successful Bidder") must pay all amounts reflected in the Successful Bid in cash within 15 days after entry of the order granting this Motion.

    8. The Trustee may also acknowledge a back-up bidder ("the Back-Up Bidder") which shall be the bidder with the next best bid.  Should the Successful Bidder fail to close on the sale of the Assets, the Trustee may sell the Assets to the Back-Up Bidder without further court order.

    9. Overbids shall be all cash and no credit shall be given to the purchaser or overbidder(s).

    Upon the completion of the overbid telephone conference, the Trustee will submit a declaration to the Court reporting the results of the process.

403157.1

| In re: PEACH ENTERTAINMENT NETWORK | Debtor(s). | CHAPTER 7 |
|---|---|---|
| | | CASE NUMBER 1:09-BK-22768-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described as **AMENDED NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **3/12/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Simon Aron     saron@wrslawyers.com
Lei Lei Wang Ekvall     lekvall@wgllp.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
Nancy J Zamora     zamora3@aol.com, nzamora@ecf.epiqsystems.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **3/12/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail - See Attachment

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **3/12/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
The Honorable Maureen Tighe, Courtroom 302 (Via Personal Delivery)
United States Bankruptcy Court
21041 Burbank Blvd., Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/12/10 | TERRI JONES | /s/ Terri Jones |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

| In re: PEACH ENTERTAINMENT NETWORK | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:09-bk-22768-MT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**VIA E-MAIL**

Simon Aron, Esq.  
Wolf Rifkin Shapiro  
Schulman Rabkin LLP  
11400 W Olympic Blvd 9th Floor  
Los Angeles, CA 90064-1582  
**Debtor's Counsel**

Telephone: (310) 478-4100  
Facsimile: (310) 479-1422  
Email: saron@wrslawyers.com

Nancy Hoffmeier Zamora  
633 West 5th Street, Suite 2600  
Los Angeles, CA 90071  
**Chapter 7 Trustee**

Telephone: (213) 488-9411  
Facsimile: (213) 488-9418  
Email: Zamora3@aol.com

**VIA U.S. MAIL**

**Office of the U.S. Trustee**  
21051 Warner Center Lane, Suite 115  
Woodland Hills, CA 91367-6550

Telephone: (818) 716-8800  
Facsimile: (818) 716-1576

Peach Entertainment Network  
15115 Califa #C  
Van Nuys, CA 91411-3012  
**Debtor**

Simon Aron, Esq.  
Wolf Rifkin Shapiro  
Schulman Rabkin LLP  
11400 W Olympic Blvd 9th Floor  
Los Angeles, CA 90064-1582  
**Debtor's Counsel**

Telephone: (310) 478-4100  
Facsimile: (310) 479-1422  
Email: saron@wrslawyers.com

Nancy Hoffmeier Zamora  
633 West 5th Street, Suite 2600  
Los Angeles, CA 90071  
**Chapter 7 Trustee**

Telephone: (213) 488-9411  
Facsimile: (213) 488-9418  
Email: Zamora3@aol.com

Dewi James, CEO  
Red Dragon Holdings  
15115 Califa Street, Unit C  
Los Angeles, CA 91411

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**