1 | **Biggs & Co.,** *Certified Public Accountants*
2 | 3250 Ocean Park Blvd., Suite 350
    Santa Monica, California 90405
3 | PH (310) 450-0875
    FAX (310) 450-9157



FILED
SEP 10 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

5 | Accountants to Chapter 7 Trustee, Nancy Hoffmeier Zamora

ORIGINAL

8 | UNITED STATES BANKRUPTCY COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 | SAN FERNANDO VALLEY DIVISION

12 | In re                                      ]   Case No. 01:09-22768 MT
13 |                                            ]
                                                ]   Chapter 7
14 | PEACH ENTERTAINMENT                        ]
     NETWORK,                                   ]   ACCOUNTANT'S FINAL
15 |                                            ]   APPLICATION FOR APPROVAL
                                                ]   OF COMPENSATION AND
16 |                                            ]   REIMBURSEMENT OF COSTS
                     Debtor(s).                 ]   FROM NOVEMBER 3, 2009
17 |                                            ]   THROUGH SEPTEMBER 3, 2010;
                                                ]   DECLARATIONS OF
18 |                                            ]   ACCOUNTANT AND TRUSTEE
                                                ]   THEREON
19 |                                            ]
20 | _____

21 | [HEARING TO BE SET BY COURT]

23 | TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE:

24 | \\\\
25 | \\\\
26 | \\\\
27 | \\\\

-1-

I.  INTRODUCTION

1. This case was commenced on September 20, 2009 pursuant to a voluntary petition filed under Chapter 7 of the United States Bankruptcy Code by the Debtor herein.

2. Pursuant thereto, Nancy Hoffmeier Zamora was appointed and qualified as Chapter 7 Trustee.

3. Biggs & Co.'s application for order authorizing employment was thereafter approved and the order thereon entered on November 23, 2009.

II.  General Description of Services Rendered

**1. Preparation and Filing of Income Tax Returns**

Biggs prepared and filed the Federal and State of California Sub S-Corp tax returns for the two years ending December 31, 2009 and July 31, 2010. Biggs also requested and received the necessary tax clearances from the Internal Revenue Service. The July 31, 2010 tax return is the final return the Trustee will file on the Debtor's behalf, thus releasing the Trustee from further tax filing responsibility and allowing the case to be closed.

In connection with the preparation of Estate tax returns, Biggs requested and reviewed Debtor's prior tax returns, bankruptcy and financial records, as well as the Trustee's accounting for the case. Tax preparation work involved:

- Preparation of accounting for the years ending December 30, 2009 and July 31, 2010 to properly identify and account for all income and expense transactions to determine the outstanding tax liability of the bankruptcy Estate;

- Work to acquire, access and review Debtor's Quickbooks accounting files;

-2-

- Review and analysis of auctioneer's appraisal, Motion and Order on sale of Debtor's inventory and equipment;

- Analysis and calculation of basis and gain<loss> on sale of Debtor's assets;

- Review and analysis of Estate transactions for tax treatment and proper tax reporting;

- Reconciliation of income and expense transactions to Trustee's ledger;

- Preparation and analysis of alternative tax calculations to determine under which tax reporting scenario the Estate would incur the least amount of tax liability;

- Review and calculation of administrative expenses, Trustee fees, business expenses, and claims to offset taxable income;

- And, correspondence and communication with the Internal Revenue Service, Franchise Tax Board, Trustee and other parties.

Biggs expended 21.0 hours and incurred $3,756.50 in fees in connection with tax preparation and processing services.

**2.    Review and Research**

Biggs expended time to request, review and analyze Debtor's prior tax returns and accounting records in support of tax preparation for the Estate. Biggs obtained and reviewed Debtor's 2008 tax returns which were prepared by its former CPA. Biggs also made numerous attempts to contact Debtor's former CPA to determine whether any 2009 corporate accounting had been prepared as Biggs wished to avoid duplication of work in order to reduce unnecessary expenses to the Estate.

Time was also expended by Biggs to discuss the case and work required with the Trustee, and to discuss and handle various administrative matters concerning Biggs' employment as Accountant to the Trustee.

Time of 5.3 hours was expended and fees of $848.00 were incurred in connection with this work.

**3.    Consultation**

Biggs expended time to consult with the Trustee regarding various issues impacting the Estate, including accounting, tax issues, creditor claims, and other financial matters as they arose. Biggs expended 1.4 hours and incurred fees of $525.00 in connection with this work.

**4.    Fee Application Preparation**

Time of 2.4 hours was expended and fees of $420.00 were incurred by Biggs to prepare and file this Final Fee Application.

**5.    Benefits of Biggs' Work**

Biggs' services have been beneficial to the Estate as the case cannot be closed without the preparation and filing of income tax returns and the receiving of necessary tax clearances in connection therewith.

**6.    Ability to Pay Administrative Expenses**

Currently there is approximately $83,000 available in the Estate to pay administrative expenses.

III. Compensation for Professional Services

Exhibit A contains detailed time and expense records for all fees and costs relevant to this application. Charges are also broken down per employee and per specific service rendered.

Pursuant to Bankruptcy Rule 2016, Biggs & Co. hereby declares that no agreement or understanding was made between Biggs and any other entity for the sharing of compensation received, or to be received, for services rendered in connection with this case.

IV. Costs Incurred

1.  **Shipping & Delivery Expense:** Biggs incurred $80.15 in shipping and delivery costs. Biggs' policy is to use messengers only when sending important documents and when time is of the essence. Postage is charged only when multiple envelopes are being mailed at a single time. In the event of a multiple mailing, postage is charged at cost and is accounted for in Biggs' mailing room.

2.  **Photocopying Expense:** Biggs incurred $101.44 in photocopying/printing costs. Biggs charges $.12 per page based on machinery and labor costs associated with such copying. Photocopying costs were incurred in connection with the preparation and filing of fee application(s) and notice(s) incident thereto, as well as the preparation and filing of Federal and State tax returns.

V. Relief Requested

Biggs has attached a detailed history of fees and costs incurred for the period from November 3, 2009 through September 3, 2010. Biggs' fees for services in this case during that period total $5,549.50 and unreimbursed costs total $181.59.

Biggs respectfully requests the Court award him and authorize the Trustee to pay $5,731.09 in total fees and costs.

Date: 9-7-10

By: /s/ Samuel R. Biggs
Samuel R. Biggs, CPA
Accountants to Nancy Hoffmeier Zamora,
Chapter 7 Trustee

# DECLARATION OF SAMUEL R. BIGGS

I, Samuel R. Biggs, declare:

1. I am a certified public accountant licensed to practice in the State of California.

2. I am a member of Biggs & Co., accountants to Nancy Hoffmeier Zamora, Chapter 7 Trustee. All partners of the accounting firm of Biggs & Co. are certified public accountants and licensed to practice in the State of California.

3. I have thoroughly reviewed the attached fee application, including all exhibits, and find it to be accurate, complete and to comply with all applicable national and local Bankruptcy Rules.

4. The fee application herein submitted complies with United States Trustee Fee Guide.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed at Santa Monica, California, this 7th day of September, 2010.


Respectfully Submitted,

BIGGS & CO.


By: _____
Samuel R. Biggs, CPA
Accountants to Nancy Hoffmeier Zamora,
Chapter 7 Trustee

-6-

## DETAIL OF FEES AND COSTS

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Review and Research** | | | |
| Samuel R. Biggs | $ 375.00 | 1.0 | $ 375.00 |
| Lisa J. Nuzzi | $ 175.00 | 0.2 | 35.00 |
| Kathi Cervi | $ 135.00 | 0.8 | 108.00 |
| Gerard Vigil | $ 100.00 | 3.3 | 330.00 |
| Matter Totals | | 5.3 | 848.00 |
| **Tax Preparation and Filing** | | | |
| Samuel R. Biggs | $ 375.00 | 4.0 | 1,500.00 |
| Kathi Cervi | $ 135.00 | 1.7 | 229.50 |
| Cristina Garrido | $ 135.00 | 14.2 | 1,917.00 |
| Gerard Vigil | $ 100.00 | 1.1 | 110.00 |
| Matter Totals | | 21.0 | 3,756.50 |
| **Consultation** | | | |
| Samuel R. Biggs | $ 375.00 | 1.4 | 525.00 |
| **Fee Application** | | | |
| Lisa J. Nuzzi | $ 175.00 | 2.4 | 420.00 |
| Total fees | | 30.1 | 5,549.50 |
| EXPENSES | | | |
| In-House Xerox expense | | | 101.44 |
| Postage & Delivery expense | | | 80.15 |
| Total expenses | | | 181.59 |
| **TOTAL FEES & COSTS REQUESTED** | | | **$ 5,731.09** |

-7-

```
                                      Biggs & Co                              v.5.70a
              DETAILED WRK-IN-PROCESS TO DATE ENDING 0  30/2010
              SORT ON MANAGEMENT-1/CLIENT ID * SELECTED CLIENTS

51101 /       GRP:        STD BILL FRM: 0  CYC: 0   RATE FACTOR: 1.00 MGMT: SB
Peach Entertainment Network/Peach Entertainment Network
 CDATE    WDATE   WORK(CODE) STAFF NAME      SID RATE    HRS        AMOUNT   SEQ#   ACTION
----------------------------------------------------------------------------------------
                   * *  CHARGEABLE FEES  BY CODES/STAFF/      * *

11/30/09 11/19/09 13   1 Samuel R. Biggs       SB   375    0.30      112.50 620786 B H T:
                  Review documents and e-mails re auction of assets.
06/30/10 06/07/10 13   1 Samuel R. Biggs       SB   375    0.80      300.00 640557 B H T:
                  Review accounting, Form 2 and transactions for tax work.
                  Prepare final accounting.
06/30/10 06/10/10 13   1 Samuel R. Biggs       SB   375    0.60      225.00 640575 B H T:
                  Work on accounting and tax returns.  Review prior tax
                  return and Trustee accounting.
07/31/10 07/09/10 13   1 Samuel R. Biggs       SB   375    0.40      150.00 642046 B H T:
                  Review accounting and prior tax returns re shareholder
                  basis and tax benefits.
07/31/10 07/16/10 13   1 Samuel R. Biggs       SB   375    0.40      150.00 642057 B H T:
                  Work on accounting.  E-mail former CPA re data.
08/31/10 08/07/10 13   1 Samuel R. Biggs       SB   375    0.60      225.00 645222 B H T:
                  Review preliminary accounting and draft tax returns.
08/31/10 08/09/10 13   1 Samuel R. Biggs       SB   375    0.40      150.00 645232 B H T:
                  Review 2009 and 2010 accounting and draft tax returns with
                  Cris.
08/31/10 08/10/10 13   1 Samuel R. Biggs       SB   375    0.50      187.50 645241 B H T:
                  Review and sign final tax returns.  Prepare for Trustee
                  signature and filing.
06/30/10 06/08/10 13   1 Kathi Cervi           KC   135    0.90      121.50 640374 B H T:
                  Prepare Form 2 analysis in excel in support of tax
                  preparation; summarize accounting for 12/09 and 7/10 year
                  ends.
06/30/10 06/21/10 13   1 Kathi Cervi           KC   135    0.80      108.00 640430 B H T:
                  Prepare federal tax return after SRB's revisions.  Prepare
                  letters to the Trustee, IRS and FTB. Prepare for SRB's
                  signature.
07/31/10 07/16/10 13   1 Cristina Garrido      CG   135    0.70       94.50 641784 B H T:
                  Review accounting files, attempt to review Debtor QB files;
                  research to acquire missing password to open db.
07/31/10 07/30/10 13   1 Cristina Garrido      CG   135    6.50      877.50 641812 B H T:
                  Review QB files, prepare accounting adjustments, form 2
                  activity, and accounting for sale of assets, trustee fees.
                  Work on tax return preparation for 2009. Work on 2010
                  accounting and tax return preparation.
08/31/10 08/02/10 13   1 Cristina Garrido      CG   135    3.50      472.50 644575 B H T:
                  Work on 2010 accounting and tax return preparation. Prepare
                  2010 correspondence for trustee and taxing authorities.
08/31/10 08/04/10 13   1 Cristina Garrido      CG   135    1.50      202.50 644584 B H T:
                  Make adjustments to 2010 tax return
08/31/10 08/09/10 13   1 Cristina Garrido      CG   135    2.00      270.00 644592 B H T:
                  Review Sam's questions on sale of inventory and asset
                  basis. Update 2009 tax return for sale of inventory loss,
                  update IRS correspondence.
08/31/10 08/10/10 13   1 Gerard D. Vigil       GV   100    0.50       50.00 644786 B H T:
                  Letter to trustee re:bankruptcy tax returns; process tax
                  returns for trustee review
08/31/10 08/16/10 13   1 Gerard D. Vigil       GV   100    0.60       60.00 644833 B H T:
----------------------------------------------------------------------------------------
03 Sep 2010 09:33                           DWIP SORT ON MANAGEMENT-1 SB          PAGE: 1
```

```
                             Biggs & Co.                                        v.5.70a
                  DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2010
                  SORT ON MANAGEMENT-1/CLIENT ID * SELECTED CLIENTS

51101 /     GRP:       STD BILL FRM: 0 CYC: 0 RATE FACTOR: 1.00 MGMT: SB
Peach Entertainment Network/Peach Entertainment Network
  CDATE    WDATE   WORK(CODE) STAFF NAME      SID RATE    HRS        AMOUNT  SEQ#   ACTION
-------------------------------------------------------------------------------------------
                  * *  CHARGEABLE FEES  BY CODES/STAFF/        * *

                  File bankruptcy tax returns with IRS, FTB, and special
                  procedures sections

          TAX PREPARATION - BANKRUPTCY                    21.00     3,756.50

11/30/09 11/14/09 15  1 Samuel R. Biggs      SB   375    0.60        225.00 620748 B H T:
                  Review petition, schedules and assets. Set up for final
                  accounting and prepare notes.
07/31/10 07/09/10 15  1 Samuel R. Biggs      SB   375    0.40        150.00 642045 B H T:
                  E-mail to former CPA re accounting records.
06/30/10 06/08/10 15  1 Kathi Cervi          KC   135    0.20         27.00 640370 B H T:
                  Call FTB to determine tax status of corporation and last
                  returns filed.
06/30/10 06/10/10 15  1 Kathi Cervi          KC   135    0.10         13.50 640387 B H T:
                  Call former CPA to see if any 2009 tax work is available
                  (message left).
06/30/10 06/16/10 15  1 Kathi Cervi          KC   135    0.10         13.50 640417 B H T:
                  Call former CPA and leave message - 2nd attempt to acquire
                  information.
06/30/10 06/18/10 15  1 Kathi Cervi          KC   135    0.10         13.50 640424 B H T:
                  Call former CPA and leave message-3rd attempt to acquire
                  information.
06/30/10 06/21/10 15  1 Kathi Cervi          KC   135    0.20         27.00 640429 B H T:
                  E-mail former CPA requesting 2009 accounting records.
06/30/10 06/29/10 15  1 Kathi Cervi          KC   135    0.10         13.50 640453 B H T:
                  Call former CPA re prior accounting records.
11/30/09 11/03/09 15  1 Lisa Nuzzi           LN   175    0.20         35.00 620040 B H T:
                  Review new case, history, scope of work, e-mail from Nancy,
                  draft memo to GV re:additional work  needed in this case
                  which precludes the Trustee's use of the procedure set
                  forth in Local Bankruptcy Rule 2016-2(c).
11/30/09 11/03/09 15  1 Gerard D. Vigil      GV   100    2.30        230.00 619774 B H T:
                  Review new case, petition, schedules, assets and scope of
                  work; coordinate employment with trustee; prepare exhibits,
                  declarations, notice of employment; setup accounting and tax
                  files; request information from trustee
11/30/09 11/17/09 15  1 Gerard D. Vigil      GV   100    1.00        100.00 619886 B H T:
                  File employment application and order; status letter to
                  trustee

          REVIEW & RESEARCH - BANKRUPTCY                   5.30       848.00

09/30/10 09/03/10 16  1 Lisa Nuzzi           LN   175    2.40        420.00 645686 B H T:
                  Review case, file, work performed, audit trial; compute
                  fee/cost schedules and prepare for final fee app; draft
                  narrative to final fee application; prep declarations; email
                  trustee

          FEE APPLICATION PREPARATION                      2.40       420.00

-------------------------------------------------------------------------------------------
03 Sep 2010 09:33                         DWIP SORT ON MANAGEMENT-1 SB              PAGE: 2
```

```
                           Biggs & Co.                                      v.5.70a
                   DETAILED WORK-IN-PROCESS TO DATE ENDING 09/30/2010
                   SORT ON MANAGEMENT-1/CLIENT ID * SELECTED CLIENTS

51101 /       GRP:        STD BILL FRM: 0  CYC: 0  RATE FACTOR: 1.00 MGMT: SB
Peach Entertainment Network/Peach Entertainment Network
CDATE    WDATE    WORK(CODE) STAFF NAME      SID RATE    HRS     AMOUNT   SEQ#  ACTION
-----------------------------------------------------------------------------------------
                * *  CHARGEABLE FEES   BY CODES/STAFF/      * *

04/30/10 04/27/10 20  1 Samuel R. Biggs     SB  375   0.20      75.00 635335 B H T:
                  Phone Trustee re status and issues.
07/31/10 07/09/10 20  1 Samuel R. Biggs     SB  375   0.40     150.00 642047 B H T:
                  Phone Trustee re claims, tax issues and records, etc.
08/31/10 08/13/10 20  1 Samuel R. Biggs     SB  375   0.80     300.00 645496 B H T:
                  Phone Trustee re tax payments, tax returns and final case
                  issues.  Follow upon tax payments and creditor claims re
                  taxes.

         CONSULTATION - BANKRUPTCY                    1.40     525.00


       * * TOTAL FEES                                30.10   5,549.50


                    * *   CHARGEABLE EXPENSES   * *

08/31/10 08/31/10  1  1                                         40.80 645685 B H T:
                  Tax return photocopy and processing expense
09/30/10 09/03/10  1  1 Lisa Nuzzi          LN                  11.76 645687 B H T:
11/30/09 11/03/09  1  1 Gerard D. Vigil     GV                  26.88 619802 B H T:
11/30/09 11/17/09  1  1 Gerard D. Vigil     GV                  22.00 619913 B H T:

                                                               101.44

08/31/10 08/31/10  2  1                                         17.80 645684 B H T:
                  Tax return postage - certified/return receipt
09/30/10 09/03/10  2  1 Lisa Nuzzi          LN                   7.80 645688 B H T:
11/30/09 11/03/09  2  1 Gerard D. Vigil     GV                  11.26 619803 B H T:
11/30/09 11/03/09  2  1 Gerard D. Vigil     GV                   9.36 619805 B H T:
11/30/09 11/03/09  2  1 Gerard D. Vigil     GV                  16.00 619804 B H T:
11/30/09 11/17/09  2  1 Gerard D. Vigil     GV                   9.93 619914 B H T:
11/30/09 11/17/09  2  1 Gerard D. Vigil     GV                   8.00 619915 B H T:

                                                                80.15

       * * TOTAL EXPENSES                                      181.59


         FEES        EXPENSES    SUB-TOTAL    DB/CR    SUB-TOTAL    OFFSETS      NET WIP
       ----------   ----------   ----------   ------   ----------   --------    --------
       5,549.50       181.59      5,731.09     0.00     5,731.09      0.00      5,731.09
                                                                                ==========
```

---

03 Sep 2010 09:33                      DWIP SORT ON MANAGEMENT-1 SB                PAGE: 3

Samuel R. Biggs
BIGGS & CO., *Certified Public Accountants*
3250 Ocean Park Blvd., Suite 350
Santa Monica, California 90405
Ph (310) 450-0875
Fax (310) 450-9157

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:09-bk-22768 MT |
|---|---|
| Peach Entertainment Network, | CHAPTER 7 |
| Debtor(s). | DECLARATION OF CHAPTER 7 TRUSTEE NANCY HOFFMEIER ZAMORA RE: NON-OBJECTION TO BIGGS & CO.'S APPLICATION FOR FEES AND COSTS |
| | [HEARING TO BE SET BY COURT] |

I, Nancy Hoffmeier Zamora, declare:

1. I am the Chapter 7 Trustee for the bankruptcy estate of the above-mentioned debtor(s).

2. I have reviewed Biggs & Co.'s Application for Approval of Fees and Reimbursement of Expenses. I have no objections to the services performed, or to the fees and costs incurred by Biggs & Co. as stated in their Application.

4. This Declaration is submitted in accordance with the United States Trustee's Fee Guidelines.

Dated: September 8, 2010

_____
Nancy Hoffmeier Zamora, Chapter 7 Trustee

-11-

## BIGGS & CO. FIRM PROFILE

**SAMUEL R. BIGGS** began his career in public accounting with Arthur Andersen & Co., subsequently spent several years in executive positions in private industry, and eventually returned to public accounting in 1983 when he founded Biggs & Co. Mr. Biggs' private industry experience includes financial management with Rockwell International, where he was responsible for financial planning, cost systems and special projects for a worldwide group of Rockwell companies. He also handled the accounting and financial management of a $100-million leveraged buyout of Rockwell divisions. Subsequent to Rockwell, Mr. Biggs served as Vice President and Director of a data-processing management and consulting firm, dealing with major companies both domestically and internationally.

Mr. Biggs' experience in matters of corporate reorganization, insolvency, and litigation support is extensive. He has worked with numerous troubled companies in financial reorganization, creditor workouts and insolvency, and has actually managed and operated several businesses through their reorganization process. Mr. Biggs is a bankruptcy trustee for the Central District of Southern California and a receiver for the Superior Court of California. He has administered thousands of cases, in several instances actually operating the troubled businesses and real estate ventures–many of which were multi-million dollar entities.

Mr. Biggs graduated from Creighton University in 1968 and received an MBA degree from the University of Wisconsin. He holds a certificate as a certified public accountant and is licensed to practice in the states of California and Illinois. He founded the firm of Biggs & Co. with the initial practice concentrated in commercial and business services. The firm's practice has since expanded to include credit union services, forensic accounting, insolvency, and litigation support, and is noted as one of the leading firms in Southern California providing services in these areas.

**LISA J. NUZZI** joined Biggs & Co. in 1988 and is a paraprofessional and a manager for the firm. In 1993, she graduated *summa cum laude* with a B.A. degree in Communications from the University of California, Los Angeles.

**GERARD VIGIL** joined Biggs & Co. in 2000. He assists in tax return preparation, processing and filing services for the firm.

**KATHI CERVI** joined Biggs & Co. in 2006. She graduated with a B.S. degree from the University of West Los Angeles School of Paralegal Studies and obtained a J.D. degree from the University of West Los Angeles School of Law. She formerly held positions as Dean and Associate Dean for Administrative Affairs at the University of West Los Angeles where she was responsible for oversight of financial aid services, admissions counseling, registrar functions and daily operation of the School of Law. Ms. Cervi now handles bankruptcy and litigation administrative matters for Biggs & Co.

**CRISTINA GARRIDO** joined Biggs & Co. in 2008. She graduated with a B.S. degree in Business Administration with a Major in Accounting from the University of Arizona in 2007 and an MBA in Business Administration from Grand Canyon University. She is a staff accountant responsible for general accounting and tax preparation for commercial and bankruptcy clients.

| In re: Peach Entertainment Network | Chapter 7 |
|---|---|
| Debtor(s). | Case No.: 1:09-22768 MT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Judge Maureen Tighe, US Bankruptcy Court, 21041 Burbank Blvd., Suite 325, Woodland Hills, CA 91367

Trustee – Nancy Hoffmeier Zamora, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

Debtor(s) – Peach Entertainment Network, 15115 Califa, #C, Van Nuys, CA 91411

Debtor's Attorney- Simon Aron, Wolf, Rifkin et al, 11400 W. Olympic Blvd., 9th Fl, Los Angeles, CA 90064-1565

UNITED STATES TRUSTEE - 21051 Warner Center Lane, Ste. 115, Woodland Hills, Ca 91367


**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

| In re: Peach Entertainment Network | Chapter 7 |
|---|---|
| Debtor(s). | Case No.: 1:09-bk-22768 MT |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3250 Ocean Park Blvd., Suite 350, Santa Monica, CA 90405

A true and correct copy of the foregoing document described as <u>ACCOUNTANT'S APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF COSTS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2010.** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 9, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/9/10
Date

By: Lisa J. Nuzzi
Biggs & Co.